IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                          CASE NO.: 3:09cv9/MCR/MD

CHARLES HALLEY, et al.,
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 20, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's motion for voluntary dismissal without prejudice (doc. 9) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 25th day of March, 2009.

                                      s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**